B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Haubert Homes, Inc.**  
Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lezzer<br>2008 Marietta Avenue<br>Lancaster, PA 17603 | Lezzer<br>2008 Marietta Avenue<br>Lancaster, PA 17603 | | | 161,295.72 |
| Kohl Building Products, LLC | 1047 Old Bellville Road<br>Reading, PA 19605 | | | 111,172.00 |
| Stoney Ridge Concrete<br>5420 Cedar Spring Road<br>Mifflintown, PA 17059 | Stoney Ridge Concrete<br>5420 Cedar Spring Road<br>Mifflintown, PA 17059 | | | 77,662.50 |
| Peachey's Poured Walls<br>100 Plane View Drive<br>Belleville, PA 17004 | Peachey's Poured Walls<br>100 Plane View Drive<br>Belleville, PA 17004 | | | 74,866.68 |
| Innovative Painting Systems, Inc.<br>552 Airport Road<br>Loysville, PA 17047 | Innovative Painting Systems, Inc.<br>552 Airport Road<br>Loysville, PA 17047 | | | 65,356.10 |
| Allensville Planing Mill, Inc.<br>108 East Mill Street<br>Allensville, PA 17002 | Allensville Planing Mill, Inc.<br>108 East Mill Street<br>Allensville, PA 17002 | | | 59,490.85 |
| Heister House Millworks | 1937 Troup Valley Road<br>Mount Pleasant Mills, PA 17853 | | | 59,411.00 |
| Deer Ridge Construction<br>7034 Raccoon Valley Road<br>Millerstown, PA 17062 | Deer Ridge Construction<br>7034 Raccoon Valley Road<br>Millerstown, PA 17062 | | | 53,006.45 |
| Centre Drywall<br>P.O. Box 60<br>Pine Grove Mills, PA 16868 | Centre Drywall<br>P.O. Box 60<br>Pine Grove Mills, PA 16868 | | | 41,520.50 |
| Kohl Building Products LLC | 1047 Old Bellville Road<br>Reading, PA 19605 | | | 39,832.00 |
| American Building Products<br>P.O. Box 534451<br>Atlanta, GA 30353 | American Building Products<br>P.O. Box 534451<br>Atlanta, GA 30353 | | | 37,209.12 |
| Homestead Builders Siding, Inc.<br>2454 State Rt 655<br>Belleville, PA 17004 | Homestead Builders Siding, Inc.<br>2454 State Rt 655<br>Belleville, PA 17004 | | | 35,668.40 |

B4 (Official Form 4) (12/07) - Cont.

In re  Haubert Homes, Inc. _____  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Stackhouse & Son, Inc.<br>6 Black Run Road<br>Bloomsburg, PA 17815 | Stackhouse & Son, Inc.<br>6 Black Run Road<br>Bloomsburg, PA 17815 | | | 34,077.90 |
| Shade Mountain Granite LLC<br>32 Main Street<br>Mc Alisterville, PA 17049 | Shade Mountain Granite LLC<br>32 Main Street<br>Mc Alisterville, PA 17049 | | | 33,200.08 |
| David W. Orris<br>8685 Fort Robinson Road<br>Ickesburg, PA 17037 | David W. Orris<br>8685 Fort Robinson Road<br>Ickesburg, PA 17037 | | | 30,545.99 |
| M&J Paving & Services, LLC<br>62 Envision Drive<br>Mifflintown, PA 17059 | M&J Paving & Services, LLC<br>62 Envision Drive<br>Mifflintown, PA 17059 | | | 28,915.00 |
| MM Masonry LLC<br>1206 St. Thomas Road<br>Mount Pleasant Mills, PA 17853 | MM Masonry LLC<br>1206 St. Thomas Road<br>Mount Pleasant Mills, PA 17853 | | | 28,298.45 |
| Tressler & Fedor Excavating, LLC<br>26 Sandrock Court<br>Port Matilda, PA 16870 | Tressler & Fedor Excavating, LLC<br>26 Sandrock Court<br>Port Matilda, PA 16870 | | | 27,693.75 |
| Esch Contractors<br>130 Reitz Road<br>Millersburg, PA 17061 | Esch Contractors<br>130 Reitz Road<br>Millersburg, PA 17061 | | | 27,680.50 |
| Losch Floor Covering, Inc.<br>857 Pfoust Valley Road<br>Millerstown, PA 17062 | Losch Floor Covering, Inc.<br>857 Pfoust Valley Road<br>Millerstown, PA 17062 | | | 26,879.46 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 3, 2015          Signature  *Don E. Haubert, Sr.*

Don E. Haubert, Sr.
President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.