IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 1:15-03340-MJC
    HAUBERT HOMES, INC. :
     : Chapter 11

**MOTION FOR ENTRY OF FINAL DECREE**

The Motion of Haubert Homes, Inc. ("Debtor") for Entry of Final Decree is as follows:

1. On August 3, 2015, the above-named Debtor filed a Petition under Chapter 11 of the United States Bankruptcy Code.

2. On November 30, 2017, the Court entered an Order confirming the Debtor's Amended Plan of Reorganization (the "Plan").

3. The Debtor has sold the majority of its Real Property, and only has three (3) parcels of Real Property remaining (the "Remaining Parcels").

4. The Debtor has no other assets.

5. The Debtor believes that this case is eligible to be closed. There are no outstanding or open adversary proceedings.

6. The Debtor will remain subject to the provisions of the Plan as confirmed by the Court in the Court's Order of November 30, 2017, to the extent relevant.

**WHEREFORE**, it is respectfully requested this Honorable Court enter a Final Decree closing the above case and that the Debtor have such other and further relief as is just and proper.

Respectfully submitted:

CUNNINGHAM, CHERNICOFF
& WARSHAWSKY, P.C.

By: s/ Robert E. Chernicoff
    Robert E. Chernicoff, Esquire
    Attorney I.D. No. 23380
    2320 North Second Street
    P. O. Box 60457
    Harrisburg, PA 17106-0457
Date: June 23, 2023     (717) 238-6570