IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>HAUBERT HOMES, INC. | : Case No. 1:15-03340-MJC<br>:<br>: Chapter 11<br>: |

## **ORDER**

Upon consideration of the Debtor's Motion for Entry of Final Decree, Dkt. # 450 ("Motion"), it is

**HEREBY ORDERED** that the Motion is **GRANTED**. A Final Decree shall be entered and the case shall be closed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 19, 2023